UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:07-CR-73 |
| V. | ) (PHILLIPS/GUYTON) |
| | ) |
| | ) |
| JOHN THOMAS | ) |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned on July 3, 2007, for an arraignment and detention hearing. Tracee Plowell, Assistant United States Attorney, was present representing the government, and Tim Bobo was present on behalf of Kevin Angel representing the defendant. During the course of the hearing, defense counsel requested additional time to prepare for the detention hearing. The government stated it had no objection. The Court granted the defendant's request to continue the detention hearing. 18 U.S.C. § 3142(f). The defendant shall be held in custody by the United States Marshal until **Wednesday, July 11, 2007**, at **2:00 p.m.**, before the undersigned and shall be produced for the detention hearing.

**IT IS SO ORDERED**.

ENTERED:

                                          s/ H. Bruce Guyton
                                United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:07-CR-73 |
| V. ) | (PHILLIPS/GUYTON) |
| ) | |
| ) | |
| JOHN THOMAS ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned on July 3, 2007, for an arraignment and detention hearing. Tracee Plowell, Assistant United States Attorney, was present representing the government, and Tim Bobo was present on behalf of Kevin Angel representing the defendant. During the course of the hearing, defense counsel requested additional time to prepare for the detention hearing. The government stated it had no objection. The Court granted the defendant's request to continue the detention hearing. 18 U.S.C. § 3142(f). The defendant shall be held in custody by the United States Marshal until **Wednesday, July 11, 2007**, at **2:00 p.m.**, before the undersigned and shall be produced for the detention hearing.

**IT IS SO ORDERED**.

ENTERED:

　　　s/ H. Bruce Guyton
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:07-CR-73 |
| V. ) | (PHILLIPS/GUYTON) |
| ) | |
| ) | |
| JOHN THOMAS ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned on July 3, 2007, for an arraignment and detention hearing. Tracee Plowell, Assistant United States Attorney, was present representing the government, and Tim Bobo was present on behalf of Kevin Angel representing the defendant. During the course of the hearing, defense counsel requested additional time to prepare for the detention hearing. The government stated it had no objection. The Court granted the defendant's request to continue the detention hearing. 18 U.S.C. § 3142(f). The defendant shall be held in custody by the United States Marshal until **Wednesday, July 11, 2007**, at **2:00 p.m.**, before the undersigned and shall be produced for the detention hearing.

**IT IS SO ORDERED**.

ENTERED:

　　　s/ H. Bruce Guyton　　　
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:07-CR-73 |
| V. ) | (PHILLIPS/GUYTON) |
| ) | |
| ) | |
| JOHN THOMAS ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned on July 3, 2007, for an arraignment and detention hearing. Tracee Plowell, Assistant United States Attorney, was present representing the government, and Tim Bobo was present on behalf of Kevin Angel representing the defendant. During the course of the hearing, defense counsel requested additional time to prepare for the detention hearing. The government stated it had no objection. The Court granted the defendant's request to continue the detention hearing. 18 U.S.C. § 3142(f). The defendant shall be held in custody by the United States Marshal until **Wednesday, July 11, 2007**, at **2:00 p.m.**, before the undersigned and shall be produced for the detention hearing.

**IT IS SO ORDERED**.

ENTERED:

　　　s/ H. Bruce Guyton　　
United States Magistrate Judge